IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LEE MACHADO,

    Petitioner,           No. CIV S-02-0284 GEB KJM P

  vs.

JOSEPH McGRATH,

    Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 6, 2002, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice that any objections to the findings and recommendations were to be filed within twenty days.

1

Petitioner did not file objections at that time, but in his April 21, 2005 pleading, objected to these findings and recommendations.

On March 1, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On March 21, 2005, petitioner was granted an additional thirty days in which to file objections. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 1, 2005, and September 6, 2002, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

Dated: April 28, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2